**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Curtis Michael Haynes aka Curtis M. Haynes | CHAPTER 13 |
| Debtor | BKY. NO. 10-23668 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as Servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS , Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-22, and index same on the master mailing list.

Respectfully submitted,

**/s/Denise Carlon, Esquire**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734