*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Curtis Michael Haynes
       Debtor(s)                               Bankruptcy No: 10–23668–ref

                                                                         Chapter: 13

_____

*NOTICE*


To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

   2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        400 Washington Street
        Suite 300
        Reading, PA 19601

within 30 days from the date of this notice.


   3. In the absence of any objection, the Court may enter the Order of Discharge.


                                                                     For The Court

                                                                     Timothy B. McGrath
                                                                     Clerk of Court

Dated: 12/16/16

                                                                                                                                               105 – 102
                                                                                                                                             Form 138_new