# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **CURTIS MICHAEL HAYNES**                                                                                      Case No.  **10-23668**
                                              Debtor(s)                                                                                                         Chapter  **13**

## DOMESTIC SUPPORT OBLIGATION DISCLOSURE FORM

**Section 1: to be completed by all debtors:**

Date: **December 16, 2016**                                                     Case No.  **10-23668**
Debtor: **CURTIS MICHAEL HAYNES**                                Co-Debtor:
SS No. **xxx-xx-9299**                                                                SS No.

Are you responsible for any Domestic Support Obligations described in 11 U.S.C. §101(14A) [debt owed to or recoverable by spouse, former spouse, child, child's guardian or governmental unit in the nature of alimony, maintenance or support?]

Debtor: yes _____ no **X**                                    Co-Debtor: yes _____ no _____

If your answer is "No" skip to Section 3 at the bottom of this form and sign. If your answer is "Yes", please complete Section 2 and sign at the bottom.

**Section 2: to be completed only if you answered "yes" above:**

Debtor's current marital status:                                         Co-debtor's current marital status:
Married _____    Divorced _____                    Married _____    Divorced _____
Separated _____    Widowed _____                  Separated _____    Widowed _____

Name of person support is sent to: _____
Complete Address: _____
City _____  State _____  Zip _____
Phone _____

Are support payments deducted from your paycheck? _____
Provide the State Agency Information:
Agency Name: _____
Address: _____
City: _____  State _____  Zip _____

Names of creditors for any debts that will not be discharged or that you will reaffirm:
_____
_____
_____

Identify your Employer Name and Address:
_____
_____
_____

**Section 3: To be signed by all debtors**

I swear or affirm under penalty of perjury pursuant to 28 USC § 1746 that the information provided herein is true, correct and complete.

Debtor  **/s/ CURTIS MICHAEL HAYNES**                                Co-Debtor _____
            **CURTIS MICHAEL HAYNES**