United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 10-23668-ref
Curtis Michael Haynes                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR            Page 1 of 2             Date Rcvd: Dec 16, 2016
                            Form ID: 138NEW        Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2016.
```
db         +Curtis Michael Haynes,    501 South Krikman Road,    #616202,    Orlando, FL 32811-2007
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr         +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr         +The Bank of New York Mellon,    9441 LBJ Freeway Suite 350,    Dallas, TX 75243-4652
12249144   +AIR TRAN,    CARD SERVICES,    P.O. BOX 13337,    PHILADELPHIA, PA 19101-3337
12249147    BAC HOME LOANS SERVICING, LP,    P.O. BOX 650070,    DALLAS, TX 75265-0070
12249146    BAC HOME LOANS SERVICING, LP,    P.O. BOX 15222,    WILMINGTON, DE 19886-5222
12512597   +BAC Home Loan Servicing LP,    400 National Way,    Mail Stop CA 6-919-01-23,
             Simi Valley, California 93065-6414
12512915   +BAC Home Loan Servicing, LP,    400 National Way,    Mall Stop CA 6-919-01-23,
             Simi Vally   CA 93065-6414
12249148   +CAPITAL ONE,    P.O. BOX 71083,    CHARLOTTE, NC 28272-1083
12249149   +CITY OF ALLENTOWN,    CITY OF ALLENTOWN-WATER,    435 HAMILTON STREET,    ALLENTOWN, PA 18101-1603
12249150   +CITY OF ALLENTOWN,    CITY OF ALLENTOWN-BUSINESS PRIVILEGE TAX,    435 HAMILTON STREET,    Rm 217,
             ALLENTOWN, PA 18101-1603
12249151   +CITY OF ALLENTOWN,    ATTN; BUSINESS LICENSING,    435 HAMILTON STREET,
             ALLENTOWN, PA 18101-1603
12249152   +CITY OF BETHLEHEM,    10 EAST CHURCH STREET,    BETHLEHEM, PA 18018-6028
12249153    JAMES THOMAS,    7801 FAIRMONT CT.,    RALEIGH, NC 27615-4811
12249154   #OCWEN,    P.O. BOX 6440,    CAROL STREAM, IL 60197-6440
12348407   +SWEEP,    CITY OF ALLENTOWN,    1400 MARTIN LUTHER KING DR.,    ALLENTOWN, PA 18102-4638
12679106   +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13464911   +Specialized Loan Servicing LLC,    as servicer for,    The Bank of New York Mellon,
             c/o NICOLE B. LABLETTA,    111 Woodcrest Road,    Cherry Hill, NJ 08003-3620
12359146    Thomas L. Lightner, Esquire,    Lightner Law Offices,    4652 Hamilton Boulevard,
             Allentown, PA 18103-6021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg        +E-mail/Text: robertsl2@dnb.com Dec 17 2016 01:56:36     Dun & Bradstreet, INC,
             3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 17 2016 01:55:41
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 17 2016 01:56:46     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 17 2016 01:49:36
             Capital One Auto Finance Department,    P.O. Box 201347,    Arlington, TX 76006-1347
12347387   +E-mail/Text: bncmail@w-legal.com Dec 17 2016 01:56:33     CANDICA L.L.C.,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12540255   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 17 2016 01:50:15
             Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
             Arlington, TX 76006-1347
12253657   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 17 2016 01:49:01
             Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
12495755   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 17 2016 01:50:15
             Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
             Arlington, TX 76006-1347
13197600   +E-mail/Text: bankruptcy.bnc@ditech.com Dec 17 2016 01:55:27     Green Tree Servicing LLC,
             PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
12352805   +Fax: 407-737-5634 Dec 17 2016 02:36:55     Ocwen Loan Servicing, LLC,
             Attn: Bankruptcy Department,    1661 Worthington Rd,    Suite 100,
             West Palm Beach, FL 33409-6493
12249145    E-mail/PDF: cbp@onemainfinancial.com Dec 17 2016 01:49:00     AMERICAN GENERAL,
             AMERICAN GENERAL FINANCE,    4015 UNIVERSITY DR. STE. J,    DURHAM, NC 27707-2548
                                                                                             TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Green Tree Servicing LLC
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-4           User: SaraR               Page 2 of 2               Date Rcvd: Dec 16, 2016
                               Form ID: 138NEW           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:

```
          DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the certificateholders of the CWABS , Inc., ASSET-BACKED CERTIFICATES,
           SERIES 2006-22 bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          LESLIE J. RASE    on behalf of Creditor    HSBC Bank USA N.A. pabk@logs.com,   lerase@logs.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          NELSON  DIAZ    on behalf of Creditor    Specialized Loan Servicing, LLC ndiaz@milsteadlaw.com,
           bkecf@milsteadlaw.com
          NICOLE B. LABLETTA     on behalf of Creditor    Specialized Loan Servicing, LLC nlabletta@udren.com,
           vbarber@udren.com
          OREN  KLEIN    on behalf of Creditor    Capital One Auto Finance Department
           BKcourtnotices@parkermccay.com
          STEVEN K. EISENBERG    on behalf of Creditor    HSBC Bank USA N.A. seisenberg@sterneisenberg.com,
           bkecf@sterneisenberg.com
          THOMAS L. LIGHTNER    on behalf of Debtor Curtis Michael Haynes tlightner@lightnerlaw.com,
           sbennett@lightnerlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Curtis Michael Haynes
    Debtor(s)

Bankruptcy No: 10−23668−ref
Chapter: 13

___

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 12/16/16