United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Curtis Michael Haynes  
     Debtor

Case No. 10-23668-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Dec 16, 2016  
                      Form ID: 212     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.  
db           +Curtis Michael Haynes,    501 South Krikman Road,    #616202,    Orlando, FL 32811-2007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:

         DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS , Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-22 bkgroup@kmllawgroup.com  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         LESLIE J. RASE    on behalf of Creditor    HSBC Bank USA N.A. pabk@logs.com, lerase@logs.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         NELSON  DIAZ    on behalf of Creditor    Specialized Loan Servicing, LLC ndiaz@milsteadlaw.com, bkecf@milsteadlaw.com  
         NICOLE B. LABLETTA    on behalf of Creditor    Specialized Loan Servicing, LLC nlabletta@udren.com, vbarber@udren.com  
         OREN  KLEIN    on behalf of Creditor    Capital One Auto Finance Department BKcourtnotices@parkermccay.com  
         STEVEN K. EISENBERG    on behalf of Creditor    HSBC Bank USA N.A. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com  
         THOMAS L. LIGHTNER    on behalf of Debtor Curtis Michael Haynes tlightner@lightnerlaw.com, sbennett@lightnerlaw.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                        TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

| | |
|---|---|
| In Re: | Chapter: 13 |
|     Curtis Michael Haynes | |
| Debtor(s) | Case No: 10–23668–ref |

___

*ORDER*

AND NOW, 12/16/16 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form 23) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Bankruptcy Form 283);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Richard E. Fehling

Judge ,United States Bankruptcy Court